

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00084-CV

IN THE INTEREST OF K.E.L., A MINOR CHILD

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 13S0118-005

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

Appellant has filed a motion with this Court seeking to voluntarily dismiss her appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:     May 9, 2023
Date Decided:       May 10, 2023